IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DONALD D. BROWN                                                                                          PLAINTIFF

v.                                                4:01CV00788 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 23rd day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE